UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Harold E. Caicedo Camacho,<br><br>Petitioner,<br><br>v.<br><br>Federal Bureau of Prisons, et al.,<br><br>Respondents. | Civ. No. 25-1158 (JWB-LIB)<br><br>ORDER ACCEPTING<br>REPORT AND RECOMMENDATION<br>OF MAGISTRATE JUDGE |

Harold E. Caicedo Camacho, pro se Petitioner.

Ana H. Voss, Esq., U.S. Attorney's Office, counsel for Respondent.

United States Magistrate Judge Leo I. Brisbois issued a Report and Recommendation ("R&R") on May 6, 2025. (Doc. No. 6.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The May 6, 2026 Report and Recommendation (Doc. No. 6) is **ACCEPTED**; and

2. Petitioner Harold E. Caicedo Camacho's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

3. This action is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: June 12, 2025					*s/ Jerry W. Blackwell*
								JERRY W. BLACKWELL
								United States District Judge